WHAT IS THE CORRECT TEST WHEN ANALYZING AN INEFFECTIVE ASSISTANCE OF COUNSEL CLAIM BASED UPON A CONFLICT OF INTEREST NOT INVOLVING MULTIPLE REPRESENTATION.

Appellant will file a brief under Rule 22(b) in support of said certificate on or before the 30th day of August, 2017.

No. 17–0434/AF. U.S. v. Edzel D. Mangahas. CCA 2016–10. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, it is ordered that said petition is hereby granted on the following issue:

WHETHER THE LOWER COURT ERRED IN FINDING NO DUE PROCESS VIOLATION WHEN THE GOVERNMENT WAS INACTIVE FOR OVER 17 YEARS BEFORE INVESTIGATING A CLAIM OF RAPE, VIOLATING LTCOL MANGAHAS' FIFTH AMENDMENT RIGHT TO A SPEEDY TRIAL.

Pursuant to Rule 19(a)(7)(A), no further pleadings will be filed.

No. 17–0199/AF. U.S. v. Ricky D. Chisum, Jr. CCA S32311. On consideration of the motion filed by Protect Our Defenders to file an amicus curiae brief in support of Appellee, it is ordered that said motion is hereby granted.

No. 17–0434/AF. U.S. v. Edzel D. Mangahas. CCA 2016–10. On consideration of Appellant's motion to supplement the record and motion to stay court-martial proceedings, it is ordered that said motion to supplement the record is hereby denied, that said motion to stay court-martial proceedings is hereby granted, and said court-martial proceedings are hereby stayed until further order of the Court.

No. 17–0534/AR. U.S. v. Matthew M. Smith. CCA 20150254. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 16, 2017.

No. 17–0423/AR. U.S. v. Tyler D. Milligan. CCA 20160440. Appellant's petition for reconsideration of the Court's order issued July 10, 2017, is denied.